**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 213 WAL 2022

            Respondent                    :

                                        :   Petition for Allowance of Appeal

                                        :   from the Order of the Superior Court

            v.                          :

                                        :

BRANDON THOMPSON,               :

                                        :

            Petitioner                   :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 14th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.